# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**310**
**CAF 10-01172**
PRESENT: SMITH, J.P., FAHEY, CARNI, LINDLEY, AND GORSKI, JJ.

---

IN THE MATTER OF MICHAEL KAPUSCINSKI,
PETITIONER-RESPONDENT-RESPONDENT,

                          V                                    ORDER

GISELLE JELLETT, RESPONDENT-PETITIONER-APPELLANT.

---

MELVIN & MELVIN, PLLC, SYRACUSE (ELIZABETH A. GENUNG OF COUNSEL), FOR
RESPONDENT-PETITIONER-APPELLANT.

WALTER J. BURKARD, DEWITT, FOR PETITIONER-RESPONDENT-RESPONDENT.

KELLY M. CORBETT, ATTORNEY FOR THE CHILDREN, FAYETTEVILLE, FOR BRAYDIN
K. AND BRENTEN K.

-----------------------------------------------------------------------------

        Appeal from an order of the Family Court, Onondaga County (Martha
E. Mulroy, J.), entered August 4, 2009 in a proceeding pursuant to
Family Court Act article 6.  The order, inter alia, granted sole
custody of the parties' children to petitioner-respondent.

        It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Family Court.

Entered:  March 25, 2011                        Patricia L. Morgan
                                                Clerk of the Court